1042

No. 88–772. LANDRETH, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, ORE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–814. SMITH *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 88–859. FRIEDMAN *v.* GANASSI ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–863. FRIEDGOOD *v.* PETERS PUBLISHING CO. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 88–871. HUGHES *v.* HALIFAX COUNTY SCHOOL BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–872. BROIDA *v.* TENDRICH. C. A. 11th Cir. Certiorari denied.

No. 88–876. VAIL VILLAGE INN ASSOCIATES, DBA VILLAGE INN PLAZA, ET AL. *v.* GIRALT, AKA BENET. Ct. App. Colo. Certiorari denied.

No. 88–884. KNEELAND ET AL. *v.* NATIONAL COLLEGIATE ATHLETIC ASSN. ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–885. FIRESTONE TIRE & RUBBER CO. *v.* RICHARD. C. A. 5th Cir. Certiorari denied.

No. 88–901. ADAMS *v.* VANDEMARK ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–904. JOHNSON MOVING & STORAGE CO. *v.* DANIELS. Ct. App. Colo. Certiorari denied.

No. 88–906. ZOSKY *v.* BOYER ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–909. LOCKHEED CALIFORNIA CO. ET AL. *v.* BIRTELL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88–910. FAUX-BURHANS *v.* BOARD OF COUNTY COMMISSIONERS OF FREDERICK COUNTY, MARYLAND. C. A. 4th Cir. Certiorari denied.